THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 George C. Truesdell, Applleant.
 
 
 

Appeal From Berkeley County
  J. C. Buddy Nicholson, Jr., Circuit Court
 Judge

Unpublished Opinion No. 2007-UP-293
 Submitted June 1, 2007  Filed June 7,
 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, of Ridgeville, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  George Truesdell pled guilty to four counts of lewd
 act on a minor and was sentenced to consecutive and concurrent terms of
 confinement totaling thirty years.  Truesdell argues on appeal that his
 sentence was constitutionally disproportionate.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Truesdells appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE,
 J., and CURETON, A.J., concur.
 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.